WILLIAM KATZ, APPELLANT, v. ESSEX SALES COMPANY, RESPONDENT.

Argued May 20, 1927—Decided October 17, 1927.

For the appellant, *Aaron Marder.*

For the respondent, *McCarter & English.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—Parker, Kalisch, Black, Katzenbach, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.